*Model for Letters of Request recommended for use in applying the Hague Convention of
18 March 1970 on the Taking of Evidence Abroad in Civil or Commercial Matters*

**Request for International Judicial Assistance pursuant to the Hague Convention of
18 March 1970 on the Taking of Evidence Abroad in Civil or Commercial Matters**

*N.B. Under the first paragraph of Article 4, the Letter of Request shall be in the language of the
authority requested to execute it or be accompanied by a translation into that language.
However, the provisions of the second and third paragraphs may permit use of English, French
or another language.*

*In order to avoid confusion, please spell out the name of the month in each date.*

*Please fill out an original and one copy of this form (use additional space if required).*

| | | |
|---|---|---|
| 1. | Sender | The District Court in Zvolen<br>J. Kozáčeka 19<br>Kozačeka 19<br>960 68 Zvolen<br>Slovak Republic, Europe |
| 2. | Central Authority of<br>the Requested State | U.S. Department of Justice, Civil Division<br>Office of International Judicial Assistance<br>1100 L Street N.W.,  Room 11006<br>Washington, D.C. 20530,<br>United States of America |
| 3. | Person to whom the<br>executed request is<br>to be returned | The District Court in Zvolen<br>J. Kozáčeka 19<br>Kozačeka 19<br>960 68 Zvolen<br>Slovak Republic, Europe |

4. Specification of the date by which the requesting authority requires receipt of the
   response to the Letter of Request

Date

| 30.11.2018 |
|---|

Reason for urgency*

*CIV-189-268-19-1*
*OCT 1 0 2018*

---

\* Omit if not applicable.

IN CONFORMITY WITH ARTICLE 3 OF THE CONVENTION, THE UNDERSIGNED
APPLICANT HAS THE HONOUR TO SUBMIT THE FOLLOWING REQUEST:

5.  a    Requesting judicial
         authority (Article 3, a))

> The District Court in Zvolen
> J. Kozáčeka 19
> Kozačeka 19
> 960 68 Zvolen
> Slovak Republic, Europe

    b    To the competent
         authority of (Article 3, a))

> U.S. Department of Justice, Civil Division
> Office of International Judicial Assistance
> 1100 L Street N.W.,  Room 11006
> Washington, D.C. 20530,
> United States of America

    c    Names of the case
         and any identifying
         number

> Ing. Erika Nunez c/a Leonardo Nunez Olivares
> Dissolution of Marriage
> Nr. 13P/23/2017

6.  Names and addresses of the
    parties and their representa-
    tives (including representa-
    tives in the requested State*)
    (Article 3, b))

    a    Plaintiff

> Ing. Erika Nunez, born on 04/17/1984
> J. Kozáčeka 16
> 960 01 Zvolen
> Slovak Republic, Europe

         Representatives

    b    Defendant

> Leonardo Nunez Olivares,  born on  06/25/1981
> Citizen of the U.S.A.
> 711 S. Knott ave. Apt. 16
> 928 04  Anaheim, California, USA

         Representatives

    c    Other parties

> The minor
> Andrew Leonardo Nunez, born on 05/22/2005
> J. Kozáčeka 16
> 960 01 Zvolen, Slovak Republic, Europe

         Representatives

> Bureau of Labor, Social Affairs and Family in Zvolen

---

\* Omit if not applicable.

EXHIBIT 1

| 7. | a | Nature of the proceedings (divorce, paternity, breach of contract, product liability, etc.) (Article 3, c)) | Divorce (Dissolution of Marriage and Modification of Parental Responsibilities to a Minor) |
|---|---|---|---|
| | b | Summary of complaint | |
| | c | Summary of defence and counterclaim* | |
| | d | Other necessary information or documents* | |
| 8. | a | Evidence to be obtained or other judicial act to be performed (Article 3, d)) | We ask you kindly to execute the evidence by examining Mr. Leonardo Nunez Olivares, born on 06/25/1981, living at S. Knott Ave., Apt. 16, 92 804 Anaheim, California, U.S.A., in the proceeding on the divorce of his marriage. |
| | b | Purpose of the evidence or judicial act sought | |
| 9. | | Identity and address of any person to be examined (Article 3, e))* | Mr. Leonardo Nunez Olivares, born on 06/25/1981, living at S. Knott Ave., Apt. 16, 92 804 Anaheim, California, U.S.A. |
| 10. | | Questions to be put to the persons to be examined or statement of the subject-matter about which they are to be examined (Article 3, f))* | Please, see the attached list. |

* Omit if not applicable.

11. Documents or other property
    to be inspected
    (Article 3, *g*))*

12. Any requirement that the
    evidence be given on oath
    or affirmation and any
    special form to be used
    (Article 3, *h*))*

13. Special methods or procedure
    to be followed (e.g. oral or
    in writing, verbatim,
    transcript or summary,
    cross-examination, etc.)
    (Articles 3, *i*) and 9)*

14. Request for notification of
    the time and place for the
    execution of the Request
    and identity and address of
    any person to be notified
    (Article 7)*

15. Request for attendance or
    participation of judicial
    personnel of the requesting
    authority at the execution
    of the Letter of Request
    (Article 8)*

* Omit if not applicable.

EXHIBIT 1

16. Specification of privilege or duty to refuse to give evidence under the law of the State of origin (Article 11, *b*))*

> (attach copies of relevant laws or regulations)

17. The fees and costs incurred which are reimbursable under the second paragraph of Article 14 or under Article 26 of the Convention will be borne by*

> (identity and address)

DATE OF REQUEST

> 09/20/2018

SIGNATURE AND SEAL OF THE REQUESTING AUTHORITY

| Erase all entries | | Print |

* Omit if not applicable.

EXHIBIT 1

### List of questions.

We ask you kindly to execute the evidence by examining Mr. Leonardo Nunez Olivares, born on 06/25/1981, living at S. Knott Ave., Apt. 16, 92 804 Anaheim, California, U.S.A., in the proceeding on the divorce of his marriage with Ing. Erika Nunez, born on 04/17/1984. Please, ask Mr. Nunez Olivares to answer to the following questions for the purposes of this proceeding.

a) Please, comment on the contents of the petition on dissolution of your marriage with Ing. Erika Nunez, maiden name Kršiaková, born on 04/17/1984, living at J. Kozáčeka 16, Zvolen.

b) Please, state whether you agree with the petition on dissolution of marriage or whether you propose to reject the petition; please, state the reasons.

c) Please, provide information on your personal, family, income and property relations. Please, state what property of higher value you own – e.g. cars, immovable property, and any other items of higher value – it is necessary to state their approximate value. Please, state what your regular monthly or weekly incomes are; what your monthly or weekly expenses are. Please, specify who you live in the same household with. In case you are not living just by yourself, please, state how these persons you share your household with participate in the regular expenses relating to the expenses of your household.

d) Please, state if you have any other maintenance obligations to any other minors, except for the minor Andrew Leonardo Nunez, born on 05/22/2005. If yes, please, specify the names and surnames of your other children, dates of birth and place of domicile. If the maintenance obligation was determined by the court, please, state the amount of the maintenance and specify the court that decided on the maintenance obligation.

e) Please, state whether you visit the minor Andrew Leonardo Nunez, born on 05/22/2005. Please, specify how often you visit him, when was the last time you visited him and state whether you send him presents when he has Birthdays or on any other occasion.

f) Please, state whether you are coming to the hearing held within the proceeding on dissolution of marriage by Okresný súd (*the District Court in*) Zvolen or whether you suggest to hold the hearing in your absence. If you want to participate in the hearing, please, specify your contact details – email and precise address of domicile where the Court may send the Summon for the hearing.

Please, state any other facts which are not included in the questions above and you deem those facts being important for making any decision in this proceeding.

In Zvolen, on 09/20/2018

**JUDr. Juraj Lehotský**
Judge

EXHIBIT 1

# Resolution

Use the following reference number
in all your filings: **13P/23/2017**

Hereby, the Court appoints

**Úrad práce, sociálnych vecí a rodiny Zvolen**
*(Bureau of Labor, Social Affairs and Family in Zvolen)*

(Name, surname and address of the Custodian)

As the Custodian of the minor: **Andrew Leonardo Nunez, DOB: 05/22/2005**

Living at: **J. Kozáčeka 16, 960 01 Zvolen,**

A child (children) of the following parents:
**Ing. Erika Nunez, maiden name Kršiaková, DOB: 04/17/1984, living at J. Kozáčeka 16, 960 01 Zvolen**
**Leonardo Nunez Olivares, DOB: 06/25/1981, living at 711 S. Knott Ave., Apt. 16, 92 804 Anaheim, California**

To represent the child(ren) above in the proceedings on the **Petition on Dissolution of Marriage Modification of Parental Responsibilities to Minor.**

## GROUNDS

If it is a legal act between the children themselves or any legal act between just one of the children and one of the parents only, the child(ren) may not be represented by any of their parents. Therefore, it is necessary to appoint a Custodian for the child(ren) pursuant to S. 31 of the Family Act and S. 117 of the Code of Civil Non-contentious Proceeding. The same applies when it is a proceeding held by the Court or any other authority.

**It is not possible to lodge an appeal against this Resolution**

In Zvolen, on 08/15/2018

Attestation of Correctness:                                            **JUDr. Juraj Lehotský**
Ing. Bohumeľová                                                              Judge
            **/Signature/**

*Round stamp with the coat of arms of the Slovak Republic and the following text:*
OKRESNÝ SÚD *(District Court of)* Zvolen

### PREKLADATEĽSKÁ DOLOŽKA

Preklad som vypracovala ako prekladateľka zapísaná v zozname znalcov, tlmočníkov a prekladateľov, ktorý vedie Ministerstvo spravodlivosti Slovenskej republiky v odbore anglický jazyk, evidenčné číslo prekladateľa 970290.

Preklad je v denníku zapísaný pod číslom 243/2018

Preklad súhlasí s prekladanou listinou.


### TRANSLATION CLAUSE

I executed the translation as a translator registered in the Register of Experts, Interpreters and Translators of the Ministry of Justice of the Slovak Republic, for English language, Translator's Registration no. 970290.

The translation is recorded under the serial no. 243/2018.

The translation agrees with the document translated.


Banská Bystrica, 12.09.2018                         MGR. KATARÍNA VÝLUPOK ŠIMKO

**Mgr. Katarína Výlupok Šimko, Bernolákova 13, 974 05 Banská Bystrica**
**Tel. č. / Phone: +421 905 441 880   E-mail: ksimkova88@gmail.com**

prekladateľka zapísaná v zozname prekladateľov, ktorý vedie Ministerstvo spravodlivosti Slovenskej republiky pre
jazyk anglický, evidenčné číslo prekladateľa 970290 /
*Translator listed in the Register of Translators of the Ministry of Justice of the Slovak Republic,*
*for English language, Translator's Registration no. 970290*

Zadávateľ/
*Person Ordering*:       **Okresný súd** (*The District Court in*) **Zvolen**
                         **Kozačeka 19**
                         **960 68 Zvolen**
                         **Slovak Republic, Europe**

Predmet prekladu/
*Subject of Translation*:   Uznesenie, spis. zn.: 13P/23/2017  *I*
                           ***Resolution, Ref. No.: 13P/23/2017***

# PREKLAD č. *I TRANSLATION No.*
# 243/2018

Preklad z jazyka slovenského do jazyka anglického / *Translation from Slovak Language to English Language*

Počet strán originálu/
*Number of pages of Original Document*:       1

Počet strán prekladu /
*Number of pages of Translated Document*:     1

Počet odovzdaných vyhotovení /
*Number of Copies*:                           3

# Uznesenie

Na všetkých podaniach v tejto veci uvádzajte
spisovú značku:     **13P/23/2017**

Súd ustanovuje         **Úrad práce, sociálnych vecí a rodiny Zvolen**

(meno, priezvisko, adresa opatrovníka)

za opatrovníka pre malol.  **Andrew Leonardo Nunez, nar. 22.05.2005**

bytom:   **J. Kozáčeka 16, 960 01 Zvolen**

dieťaťu (detí) rodičov:
**Ing. Erika Nunez, rod. Kršiaková, nar. 17.4.1984, bytom J. Kozáčeka 16, 960 01 Zvolen
Leonardo Nunez Olivares, nar. 25.6.1981, bytom 711 S. Knott ave.apt.16, 92 804 Anaheim,
California, USA**

Na zastupovanie menovaného (ých) dieťaťa (detí) v konaní o **návrhu na rozvod manželstva
a úpravu práv a povinností
k mal. dieťaťu**

# O D Ô V O D N E N I E

Ak ide o právny úkon medzi deťmi samými alebo o právny úkon medzi i len jedným z deti a hoci i len
jedným z rodičov, nemôže dieťa (deti) zastúpiť ani jeden z rodičov; preto treba dieťaťu (deťom) ustanoviť podľa
§ 31 Zákona o rodine a § 117 CMP opatrovníka. To isté platí, keď ide o konanie pred súdom alebo iným
orgánom.

**Proti tomuto uzneseniu odvolanie nie je prípustné.**

Vo Zvolene, dňa  15.8.2018

Za správnosť vyhotovenia:                                  **JUDr. Juraj Lehotský**
Ing. Bohumeľová                                                        sudca

---

## INSTRUCTIONS
### On procedural rights and responsibilities of the Parties

**Representation possibilities**

▪ *The party may be represented in the proceeding by a representative they appoint. The appointed representative cannot be represented unless a special act provides otherwise. If such appointed representative is not a lawyer, the Court decides in its Resolution served to the party represented that it does not admit such representation if the representative is obviously not capable of a due representation or if they act in several proceedings as a representative. If the party is represented by a lawyer, representation by any other representative than by the lawyer shall be excluded. The provisions of special regulation on the Attorney profession shall not be affected [S. 89 of the Act no. 160/2016 Coll. on the Code of Civil Contentious Proceeding (hereinafter referred to as the "CCCP")].*

▪ *If the circumstances require so, the court may decide that the one who is lacking legal capacity in full must be represented in the proceeding by their legal representative or procedural guardian, even if it is in a matter when they could act independently [S. 9 of the Act no. 160/2016 Coll. on the Code of Civil Non-Contentious Proceeding (hereinafter referred to as the "CCNCP")].*

▪ *Pursuant to Act no. 327/2005 Coll., the Party is entitled to be provided with legal assistant by a nominated lawyer or by the Center of Legal Assistance if they meet the conditions to be provided with such assistance as stipulated by this Act.*

**Filings**

▪ *Any filings in a documentary form shall be submitted in the requested number of copies with enclosures so that one copy is for the court file and one copy with enclosures is for every subject. Failing to submit the necessary number of copies and enclosures, the court shall make copies of the filing at the expenses of the one who filed the documents (S. 125(3) of the CCCP).*

**Disciplinary penalty**

▪ *The one who obstructs the process of the proceeding especially when failing to comply with the obligations imposed by the court and failing to excuse their inactivity in time and by serious circumstances, failing to come to the court though they were duly and timely summoned and failing to excuse their absence in time and by serious circumstances, failing to comply with the court order, breaching the order or dignified course of the proceeding or by making seriously offensive filing, may be punished by the court in the form of a disciplinary penalty up to EUR 500 (S. 102(1, 2) of the CCCP). In case of repeated obstruction of the course of the proceeding, the court may impose penalty up to EUR 2,000 (S. 102(3) of the CCCP).*

**Bringing to justice**

▪ *If the summoned fails to come to the court, examination or to an expert without any justification, they may be brought to the court. The court shall decide on bringing the summoned to the court in its resolution served at the point of bringing the summoned to the court. The costs of such procedure shall be borne by the person being brought to the court (S. 101 of the CCCP).*

**Service**

▪ *The party can also state any other address for serving documents.*

▪ *Unless serving to an e-mail address under special regulation or serving in special cases under S. 107(2) and the recipient failed to provide any other address, the court shall serve the documents to a natural person at the address entered in the Register of Citizen of the Slovak Republic or to the address of place of stay in case of a foreigner on the territory of the Slovak Republic depending on the type of stay of the foreigner or in case of a legal entity to the address of registered seat entered in the Companies Register or any other public register. The party may appoint a representative for serving the documents (S. 106(1, 2) of the CCCP).*

▪ *If the natural person has no address entered in the Register of Citizens of the Slovak Republic, the court shall serve the documents to this person by publishing a notification on the public court table and on the web site of the relevant court. The document shall be considered served after 15 days following such publishing, and even when the recipient does not know about such notification (S. 106(3) of the CCCP).*

▪ *In case of failing to serve the petition to the respondent, in case of a natural person, to the address under S. 16(1a), the court shall be obliged to take any necessary steps to find out the actual stay of the respondent. Failing to serve the petition found according to the first sentence, the court shall*

*publish a notification on the petition filed at a public court table and on the web site of the relevant court. The petition is considered being served after 15 days after publishing the notice also even if the recipient does not know about such petition (S. 116 of the CCCP).*

**Evidence**
- *The court is obliged to establish the real state of the matter (S. 35 of the CCNCP).*
- *The court shall decide which evidence proposed is to be executed (S. 185(1) of the CCCP). The court is obliged to carry out other evidence as proposed by the parties if necessary to establish the real state of the matter (S. 36 of the CCNCP).*
- *The court may adopt any mutual facts of the parties if there are no doubts to be true provided they are not contrary to the evidence carried out (S. 37 CCNCP).*

EXHIBIT 1

## PREKLADATEĽSKÁ DOLOŽKA

Preklad som vypracovala ako prekladateľka zapísaná v zozname znalcov, tlmočníkov a prekladateľov, ktorý vedie Ministerstvo spravodlivosti Slovenskej republiky v odbore anglický jazyk, evidenčné číslo prekladateľa 970290.

Preklad je v denníku zapísaný pod číslom 244/2018

Preklad súhlasí s prekladanou listinou.

## TRANSLATION CLAUSE

I executed the translation as a translator registered in the Register of Experts, Interpreters and Translators of the Ministry of Justice of the Slovak Republic, for English language, Translator's Registration no. 970290.

The translation is recorded under the serial no. 244/2018.

The translation agrees with the document translated.

Banská Bystrica, 12.09.2018

MGR. KATARÍNA VÝLUPOK ŠIMKO

**Mgr. Katarína Výlupok Šimko, Bernolákova 13, 974 05 Banská Bystrica**
**Tel. č. / Phone: +421 905 441 880   E-mail: ksimkova88@gmail.com**
prekladateľka zapísaná v zozname prekladateľov, ktorý vedie Ministerstvo spravodlivosti Slovenskej republiky pre
jazyk anglický, evidenčné číslo prekladateľa 970290 /
*Translator listed in the Register of Translators of the Ministry of Justice of the Slovak Republic,*
*for English language, Translator's Registration no. 970290*

Zadávateľ/
*Person Ordering*:          **Okresný súd** (*The District Court in*) **Zvolen**
                           **Kozačeka 19**
                           **960 68 Zvolen**
                           **Slovak Republic, Europe**

Predmet prekladu/
*Subject of Translation*:   Poučenia, spis. zn.: 13P/23/2017  *I*
                           ***Instructions, Ref. No.: 13P/23/2017***

# PREKLAD č. *I TRANSLATION No.*
# 244/2018

Preklad z jazyka slovenského do jazyka anglického / *Translation from Slovak Language to English Language*

Počet strán originálu/
*Number of pages of Original Document*:          1

Počet strán prekladu /
*Number of pages of Translated Document*:        2

Počet odovzdaných vyhotovení /
*Number of Copies*:                              3

# *POUČENIE*
## *o procesných právach a povinnostiach účastníkov konania*

### Možnosti zastúpenia
- *Účastník sa môže dať v konaní zastupovať zástupcom, ktorého si zvolí. Zvolený zástupca sa nemôže dať zastúpiť, ak osobitný zákon neustanovuje inak. Ak takto zvoleným zástupcom nie je advokát, súd uznesením, ktoré doručí zastúpenému účastníkovi, rozhodne, že takéto zastúpenie nepripúšťa, ak zástupca zjavne nie je spôsobilý na riadne zastupovanie alebo ak ako zástupca vystupuje vo viacerých konaniach. Ak je účastník zastúpený advokátom, zastupovanie iným zástupcom ako advokátom je vylúčené. Ustanovenia osobitného predpisu o advokácii tým nie sú dotknuté [§ 89 zákona č. 160/2015 Z. z. Civilný sporový poriadok (ďalej len „CSP") ].*
- *Ak to okolnosti vyžadujú, môže súd rozhodnúť, že ten, kto nemá spôsobilosť na právne úkony v plnom rozsahu, musí byť v konaní zastúpený svojím zákonným zástupcom alebo procesným opatrovníkom, aj keď ide o vec, v ktorej by mohol konať samostatne [§ 9 zákona č. 161/2015 Z. z. Civilný mimosporový poriadok (ďalej len „CMP")].*
- *Podľa zákona 327/2005 Z. z. má účastník právo na poskytnutie právnej pomoci určeným advokátom alebo Centrom právnej pomoci, pokiaľ spĺňa podmienky na jej poskytnutie uvedené v tomto zákone.*

### Podanie
- *Podanie urobené v listinnej podobe treba predložiť v potrebnom počte rovnopisov s prílohami tak, aby sa jeden rovnopis s prílohami mohol založiť do súdneho spisu a aby každý ďalší subjekt dostal jeden rovnopis s prílohami. Ak sa nepredloží potrebný počet rovnopisov a príloh, súd vyhotoví kópie podania na trovy toho, kto podanie urobil ( § 125 ods. 3 CSP).*

### Poriadková pokuta
- *Tomu, kto sťažuje postup konania najmä tým, že nesplní povinnosť uloženú súdom a svoju nečinnosť v konaní neospravedlní včas a vážnymi okolnosťami, nedostaví sa na súd, hoci naň bol riadne a včas predvolaný a svoju neprítomnosť neospravedlnil včas a vážnymi okolnosťami, neuposlúchne príkaz súdu, ruší poriadok alebo dôstojný priebeh pojednávania alebo urobí hrubo urážlivé podanie, súd môže uložiť poriadkovú pokutu až do 500 eur (§ 102 ods. 1, 2 CSP). Pri opakovanom sťažení postupu konania môže súd uložiť poriadkovú pokutu do 2000 eur (§ 102 ods. 3 CSP).*

### Predvedenie
- *Ak sa predvolaný bez ospravedlnenia nedostaví na pojednávanie, výsluch alebo k znalcovi, môže ho súd dať predviesť. O predvedení rozhodne súd uznesením, ktoré sa doručuje pri predvedení. Trovy predvedenia uhrádza predvádzaný (§ 101 CSP).*

### Doručovanie
- *Účastník má možnosť uviesť aj inú adresu na doručovanie písomností.*
- *Ak nejde o doručovanie do elektronickej schránky podľa osobitného predpisu, o doručovaní v osobitných prípadoch podľa § 107 ods. 2 a adresát neuviedol inú adresu na doručovanie, súd doručuje písomnosti fyzickej osobe na adresu evidovanú v registri obyvateľov Slovenskej republiky alebo adresu miesta pobytu cudzinca na území Slovenskej republiky podľa druhu pobytu cudzinca a právnickej osobe na adresu sídla zapísaného v obchodnom registri alebo inom verejnom registri. Účastník si môže zvoliť zástupcu na doručovanie (§ 106 ods. 1 a 2 CSP).*
- *Ak fyzická osoba nemá adresu evidovanú v registri obyvateľov Slovenskej republiky, doručuje súd písomnosti tejto fyzickej osobe oznámením na úradnej tabuli súdu a na webovej stránke príslušného súdu. Písomnosť sa považuje po 15 dňoch od zverejnenia oznámenia za doručenú, a to aj vtedy, ak sa adresát o tom nedozvie (§ 106 ods. 3 CSP).*
- *Ak sa návrh na začatie konania nepodarí doručiť účastníkovi konania, ktorý je fyzickou osobou, na adresu podľa § 106 ods. 1 písm. a), je súd povinný urobiť všetky úkony potrebné na zistenie jeho skutočného pobytu. Ak sa súdu nepodarí návrh na začatie konania doručiť na adresu zistenú postupom podľa prvej vety, zverejní súd oznámenie o podanom návrhu na začatie konania na úradnej tabuli súdu a na webovej stránke príslušného súdu. Návrh na začatie konania sa považuje po 15 dňoch od zverejnenia oznámenia za doručený, a to aj vtedy, ak sa adresát o tom nedozvie (§ 116 CSP).*

EXHIBIT 1

*Stamp with the following text:*

| |
|---|
| **OKRESNÝ SÚD (***District Court of***) ZVOLEN** |
| |
| Received on                    *09/29/2017* |
| |
| At _____ o´clock _____ Copies |
| _____ Enclosures _____ Fee Stamp |

Okresný súd (*the District Court of*) Zvolen
J. Kozáčeka 19
960 68 Zvolen

Petitioner:

Ing. Erika Nunez, maiden name Kršiaková, born on 04/17/1984
Citizen of the SR, *an entrepreneur*
J. Kozáčeka 16
960 01 Zvolen
Personal ID No.: 845417/8304


Respondent:

Leonardo Nunez Olivares, born on 06/25/1981
Citizen of the U.S.A.
711 S. Knott Ave. Apt 16
928 04 Anaheim, California, USA



Petition for Dissolution of Marriage and Modification of Parental Responsibilities to a Minor

1

I concluded the marriage with the Respondent at the Courthouse in Santa Ana, Orange District, California, the U.S.A., on 07/07/2005. It was first marriage for both of us. Before entering into marriage, our son Andrew Leonardo Nunez was born on 05/22/2005. Recently, we are not sharing the same household.

Evidence:

- Marriage Certificate
- Birth Certificate of the Minor

2

I met the Respondent in June 2004 while I was staying in Anaheim, California, the U.S.A., within the Work and Travel College Program. After a short relationship with the Respondent, I found out, in August 2004, I was pregnant. We did not have any problems until our son was born and until our wedding. However, our misunderstandings started just short after our wedding resulting in my return to Slovakia at the end of June 2005 together with my son.

Our misunderstandings were mostly about gaining independence, looking for our own place to live (we lived with my parents-in-law), financial security and further education. As we depended on our parents at that time and the Respondent was not a U.S. citizen yet, he could not apply for my permanent residency in the U.S.A.

After returning home, we used to talk over the phone with the Respondent and via Internet, he used to visit his son once or twice a year usually. The Respondent and I became distant over some period of time; in spite our willingness to preserve our marriage. Recently, I do not have any contact with the Respondent, over the phone or any other kind. I have not seen the Respondent since summer 2016, when it was my last try to preserve our marriage and my son and I spent 6 weeks in the U.S.A.

3

I have no feelings for the Respondent and our marriage and our relationship is so disturbed that there is no possibility of improving this state. I am not interested in preserving our marriage anymore.

4

At the same, I request to award the custody of our minor son Andrew Leonard Nunez to me, as there is no relationship between our son and his father or the father's family; the Respondent has no conditions to look after and care for our son and he has not been in any kind of contact with our son since May 2017. Since May 2017, he has not contributed to the maintenance of our son. In spite of all circumstances, I will not prevent the father from contacting our son in any way.

5

Therefore, I request the Court to deliver the following Judgment after completing evidence:

The marriage of Erika Nunez, maiden name Kršiaková, and Leonardo Nunez Olivares, concluded on 07/07/2005 at the Courthouse in Santa Ana, California, the U.S.A., is dissolved. The minor Andrew Leonardo Nunez, born on 05/22/2005, is awarded to the custody of the mother for the time after dissolution of the marriage. The contact of the father and the minor or the amount of the maintenance obligation is not to be stipulated.

None of the Parties are entitled to have the costs of the proceedings compensated.

In Zvolen, on 09/29/2017

*/Signature/*

## CONFIRMATION

Please, state the following Reference Number in
all your filings in this case: 13P/23/2017
Name: JUDr. Juraj Lehotský
Secretary: Anna Matušková

Okresný súd (*the District Court*) in Zvolen hereby confirms that on 09/29/2017 at 11:30:56 a.m. the
Petition on Commencing Proceedings was filed in the case of

The Petitioner                          Ing. Erika Nunez

v.

The Respondent                       Leonardo Nunez Olivares

To Dissolve their Marriage

The following Judge of this Court was assigned to decide the case: JUDr. Juraj Lehotský
At the same, it is also confirmed that the fee in the amount of € 66.00 was paid
Enclosures within the Petition: 2
Copies of the Petition: 3

................................................
Court's Signature

*Stamp with the following text:*

Filing Department of the District Court
in Zvolen ......................................

EXHIBIT 1

## PREKLADATEĽSKÁ DOLOŽKA

Preklad som vypracovala ako prekladateľka zapísaná v zozname znalcov, tlmočníkov a prekladateľov, ktorý vedie Ministerstvo spravodlivosti Slovenskej republiky v odbore anglický jazyk, evidenčné číslo prekladateľa 970290.

Preklad je v denníku zapísaný pod číslom 245/2018

Preklad súhlasí s prekladanou listinou.

## TRANSLATION CLAUSE

I executed the translation as a translator registered in the Register of Experts, Interpreters and Translators of the Ministry of Justice of the Slovak Republic, for English language, Translator's Registration no. 970290.

The translation is recorded under the serial no. 245/2018.

The translation agrees with the document translated.

Banská Bystrica, 12.09.2018

MGR. KATARÍNA VÝLUPOK ŠIMKO

EXHIBIT 1

**Mgr. Katarína Výlupok Šimko, Bernolákova 13, 974 05 Banská Bystrica**
**Tel. č. / Phone: +421 905 441 880   E-mail: ksimkova88@gmail.com**
prekladateľka zapísaná v zozname prekladateľov, ktorý vedie Ministerstvo spravodlivosti Slovenskej republiky pre
jazyk anglický, evidenčné číslo prekladateľa 970290 /
*Translator listed in the Register of Translators of the Ministry of Justice of the Slovak Republic,*
*for English language, Translator's Registration no. 970290*

Zadávateľ/
*Person Ordering*:     **Okresný súd** (*The District Court in*) **Zvolen**
                       **Kozačeka 19**
                       **960 68 Zvolen**
                       **Slovak Republic**

Predmet prekladu/
*Subject of Translation*:   Návrh na rozvod manželstva a úpravu práv a povinností k maloletému dieťaťu,
                           spis. zn. 13P/23/2017 /
                           **Petition on Dissolution of Marriage and Modification of Parental**
                           **Responsibilities, Ref. No.: 13P/23/2017**

# PREKLAD č. / *TRANSLATION No.*
# 245/2018

Preklad z jazyka slovenského do jazyka anglického / *Translation from Slovak Language to English Language*

Počet strán originálu/
*Number of pages of Original Document*::     3

Počet strán prekladu /
*Number of pages of Translated Document*:    3

Počet odovzdaných vyhotovení /
*Number of Copies*:     1

OKRESNÝ SÚD ZVOLEN

Došlo: 2 9. 09. 2007

o ___ hod. ___ min ___ krát
príloh ___ kolok

Okresnému súdu Zvolen
J. Kozáčeka 19
960 68 Zvolen

Navrhovateľka:

Ing. Erika Nunez, rodená Kršiaková, nar. 17.4. 1984,
občianka SR, *žilinstník*
J. Kozáčeka 16
960 01 Zvolen
r.č.: 845417/8304

Odporca:

Leonardo Nunez Olivares, nar. 25.6. 1981,
občan USA
711 S. Knott ave. apt. 16
92 804 Anaheim, California, USA

Žiadosť o rozvod manželstva a úpravu práv a povinností rodičov k maloletému dieťaťu

I.

Dňa 7.7.2005 som uzavrela manželstvo s odporcom na Mestskom úrade v Santa Ana, okres Orange, štát Kalifornia, USA. U oboch ide o prvé manželstvo. Pred uzavretím manželstva sa nám narodil syn Andrew Leonardo Nunez, 22.5.2005. V súčasnej dobe nežijeme v spoločnej domácnosti.

Dôkaz:

- sobášny list,
- rodný list maloletého.

II.

S odporcom som sa zoznámila v júni 2004 počas vysokoškolského pobytu Work and Travel v Anaheime v Kalifornii, USA. Po krátkom vzťahu s odporcom som v auguste 2004 zistila, že som tehotná. Do narodenia syna a svadby sme nemali vo vzťahu vážnejšie nezhody alebo konflikty. Avšak nezhody začali krátko po uzavretí manželstva, čo koncom júna 2005 vyvrcholilo mojím a synovým návratom na Slovensko.

EXHIBIT 1

Nezhody sa týkali najmä otázky osamostatnenia sa, hľadania vlastného bývania (bývali sme u svokrovcov), finančného zabezpečenia a ďalšieho vzdelávania. Nakoľko sme v tom čase boli finančne závislí od rodičov a odporca nebol ešte toho času občanom USA, nemohol požiadať o môj trvalý a legálny pobyt v USA.

Po návrate do SR sme s odporcom udržiavali telefónny a internetový kontakt, syna navštevoval v priemere raz za rok až dva. Môj vzťah s odporcom postupne chladol aj napriek snahe o zachovanie manželstva. V súčasnosti nie som s odporcom ani v telefónnom ani inom kontakte a osobne sme sa nestretli od leta 2016, kedy som vyvinula poslednú snahu o záchranu manželstva a spolu so synom sme strávili 6 týždňov v USA.

III.

K odporcovi som stratila citový vzťah a manželstvo je trvalo rozvrátené bez možnosti úpravy stavu. Nemám záujem na ďalšom trvaní manželstva.

IV.

Zároveň navrhujem zveriť maloletého syna Andrewa Leonarda Nuneza do mojej starostlivosti, nakoľko syn nemá vybudovaný vzťah so svojím otcom ani jeho príbuznými, odporca nemá zabezpečené podmienky na výchovu a starostlivosť o dieťa a už od mája 2017 so synom neudržuje žiadny kontakt. Od mája 2017 ani finančne neprispieva na jeho starostlivosť. Napriek všetkým okolnostiam v prípade záujmu odporcu o syna nebudem brániť ich vzájomnému kontaktu.

V.

Navrhujem preto, aby súd po vykonanom dokazovaní vydal tento r o z s u d o k:

Manželstvo Eriky Nunez rod. Kršiakovej a Leonarda Nuneza Olivaresa,  uzavreté dňa 7.7.2005 pred Miestnym úradom v Santa Ana, Kalifornia, USA, sa rozvádza. Maloletý Andrew Leonardo Nunez, nar. 22.5.2005 sa na čas po rozvode zveruje do výchovy matky. Styk otca s maloletým dieťaťom ani výška výživného sa neupravuje.

Žiadny z účastníkov nemá právo na náhradu trov konania.

Vo Zvolene, dňa 29.9.2017

**P O T V R D E N I E**

Na všetkých podaniach v tejto veci
uveďte spisovú značku :13P/23/2017
Meno :   JUDr. Juraj Lehotský
Tajomník:Anna Matušková

Okresný súd vo  Zvolene          týmto potvrdzuje, že dňa   29.9.2017 11:30:56
bol prijatý návrh na začatie konania v právnej veci

navrhovateľa                              Ing. Erika Nunez

proti

odporcovi                              Leonardo Nunez Olivares

o

rozvod manželstva

Vec bola pridelená na rozhodnutie sudcovi tunajšieho súdu :JUDr. Juraj Lehotský
Zároveň potvrdzujem, že bol zaplatený poplatok v hodnote       66,00 €
Počet príloh pripojených k návrhu :2
Počet rovnopisov pripojených k návrhu 3

.......................................................
Podpis súdu

EXHIBIT 1